THE STATE, JAMES DUFFY, PROSECUTOR, PLAINTIFF IN ERROR, v. EUGENE BRITTON, DEFENDANT IN ERROR.

Error to the Supreme Court. For opinion of the Supreme Court see 18 *Vroom* 251.

For the plaintiff in error, *H. M. Nevius.*

For the defendant in error, *W. A. Heisley.*

THE CHANCELLOR. The judgment of the Supreme Court in this case should be affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, KNAPP, MAGIE, PARKER, REED, VAN SYCKEL, BROWN, CLEMENT, COLE, MCGREGOR, PATERSON, WHITAKER. 14.

*For reversal*—None.